UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEY STEWART, | No. C 05-4574 MHP (pr) |
|     Petitioner, | **ORDER FOR SUPPLEMENTAL EXHIBIT** |
|     v. | |
| A. P. KANE, | |
|     Respondent. | |

When the court attempted to work on the petition for writ of habeas corpus, it discovered that a portion of the clerk's transcript was not included in the record. Specifically, pages 114-162 of the clerk's transcript were missing. See Resp. Exh. A. The omitted materials would aid this court in deciding the petition. Specifically, among the missing pages are the motions in limine and exhibit that form the basis for petitioner's habeas claim about the exclusion of domestic violence evidence. Without the missing pages, this court cannot see what the state courts saw when they made their decisions. The court therefore will require respondent to file a supplemental exhibit that includes pages CT 114-162 of the clerk's transcript no later than **April 18, 2008**.

IT IS SO ORDERED.

DATED: 3/28/2008

                                                Marilyn Hall Patel
                                                United States District Judge