defense. In light of the state's significant interest in excluding evidence where its probative value is substantially outweighed by jury confusion and undue consumption of time, the state court's rejection of Stewart's claim was not contrary to or an unreasonable application of clearly established federal law as set forth by the Supreme Court.

## CONCLUSION

The petition for writ of habeas corpus is DENIED on the merits. The clerk shall close the file.

IT IS SO ORDERED.

DATED: March 17, 2009

Marilyn Hall Patel
United States District Judge