UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICKEY STEWART,

    Petitioner,

v.

A. P. KANE, warden,

    Respondent.
                                     /

No. C 05-4574 MHP (pr)

**JUDGMENT**

    The petition for writ of habeas corpus is denied on the merits.

    IT IS SO ORDERED AND ADJUDGED.

DATED: March 17, 2009

                                      Marilyn Hall Patel
                                      United States District Judge